# Third District Court of Appeal

## State of Florida

Opinion filed December 29, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1428
Lower Tribunal No. 18-23137
_____

**Suzanne DeWitt, et al.,**
Appellants,

vs.

**Agorive NV, etc., et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Michael A. Hanzman, Judge.

Kula & Associates, P.A., Elliot B. Kula, W. Aaron Daniel, and William D. Mueller, for appellants.

Squire Patton Boggs (US), LLP, and Alvin B. Davis; Damian & Valori, LLP, Peter F. Valori and Allison J. Leonard, for appellees.

Before FERNANDEZ, C.J., and LINDSEY, and HENDON, JJ.

PER CURIAM.

Affirmed.